# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2022-2810
LT Case No. 2022-DR-003117

———————————————————

MELENA COSTELLO BROWN,

    Appellant,

    v.

ARIEL FRANCIS DIAZ,
Individually and on behalf of
N.S.F., A Child,

    Appellee.

———————————————————

On appeal from the Circuit Court for Seminole County.
John L. Woodard, III, Judge.

Joseph C. Flynn, III, of NeJame Law, P.A., Orlando, for Appellant.

Ariel Francis Diaz, Orlando, pro se.

June 11, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____